# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIRES SHUNTRE SIMPKINS,<br><br>　　　　　　Plaintiff**,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:17-cv-00158-SAB<br><br>ORDER REQUIRING PARTIES TO FILE SIGNED STIPULATION OF DISMISSAL<br><br>(ECF No. 11) |

　　On August 22, 2017, Plaintiff filed a joint stipulation of dismiss of this action pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Rule 41(a) provides that the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendant has filed an answer, the administrative record, therefore the stipulation must be signed by all parties. While Plaintiff has signed the stipulation, it is not signed by Defendant.

　　Accordingly, within five days of the date of entry of this order, Plaintiff shall file a signed stipulation of dismissal.

IT IS SO ORDERED.

Dated: __August 23, 2017__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1